

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

June 5, 2026

BY ECF
Hon. Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

      Re: <u>Doe v. McDonald, et al., Case no. 26-cv-4176 (KMK)</u>

Dear Judge Karas:

      This Office represents defendant James V. McDonald, M.D., in his official capacity as
Commissioner of Health of the State of New York ("Commissioner McDonald"). We write at this
time pursuant to Your Honor's Individual Rule I.C to request an extension of time to respond to
the Complaint from the present deadline of June 12, 2026 until July 13, 2026. This extension is
needed to review the various constitutional issues raised in the 150-paragraph Complaint. This is
the first request for this extension. Counsel for Plaintiff consents to this request.

      Thank you for Your Honor's consideration of this matter.

Granted.

So Ordered,

6/5/26

Respectfully submitted,

  /s/ *Seth J. Farber*
Seth J. Farber
Special Litigation Counsel
OFFICE OF THE NEW YORK
STATE ATTORNEY GENERAL
Seth.Farber@ag.ny.gov
(212) 416-8029
*Attorneys for Commissioner McDonald*

cc: All Counsel of Record via ECF